Entered on Docket July 6, 2023

**Below is the Judgment of the Court.**



_____
**Marc Barreca**
**U.S. Bankruptcy Court Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br>SOUND HOUSING, LLC,<br><br>    Debtor.<br> | Bankruptcy Case No. 21-10341-MLB<br><br>Adversary Case No. 23-01013-MLB<br><br>JUDGMENT AND ORDER |
| STUART HEATH, solely in his capacity as Chapter 11 Post-Confirmation Trustee of the Estate of SOUND HOUSING, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>JOELLE ABRAMOWITZ, individually,<br><br>    Defendant. | |

THIS MATTER came before the Court on the Plaintiff's Motion for Default Judgment. The Court, being duly advised, hereby finds and concludes that said Motion should, and the same is hereby GRANTED.

<u>FINDINGS</u>

JUDGMENT AND ORDER - 1

**BORDE LAW PLLC**
1700 7th Ave., Suite 2100
Seattle, Washington 98101
(206) 531-2722

1. This Court has jurisdiction over Joelle Abramowitz and the subject matter of this action. Venue in the United States Bankruptcy Court for the Western District of Washington is proper.

2. On September 27, 2017, Sound Housing, LLC executed a promissory note in the amount of $50,000 in favor of Defendant Abramowitz. On September 27, 2017, Defendant Abramowitz was granted a deed of trust in real property located at 13328 132nd Ave. NE, Kirkland, WA 98033 (the "Kirkland Property").

3. The September 27, 2017 promissory note matured on October 1, 2019.

4. Sound Housing, LLC failed to pay the promissory note when it was due, and Defendant Abramowitz obtained a judgment against Sound Housing, LLC on February 17, 2021, two days before Sound Housing, LLC filed for bankruptcy relief.

5. Defendant Abramowitz filed a proof of claim in the amount of $66,553.03 on the basis of the promissory note, deed of trust, and February 17, 2021 judgment (Claim No. 6).

6. Mr. Heath, in his capacity as Chapter 11 Trustee for the bankruptcy estate of Sound Housing, LLC, caused the Kirkland Property to be sold on February 24, 2022 for $1,050,000.

7. Ms. Abramowitz received $78,444.21 from the Kirkland Property sale proceeds on the account of the September 27, 2017 promissory note and deed of trust.

8. The judgment lien arising out of the February 17, 2021 judgment entered in favor of Joelle Abramowitz in King County Superior Court Cause No. 20-2-17125-5 SEA was a transfer: to or for the benefit of a creditor; for or on the account of an antecedent debt owed by Sound Housing, LLC before the transfer was made; made while Sound Housing, LLC was insolvent; made on or within 90 days before the date of the filing of Sound Housing, LLC's bankruptcy petition; that enables the Defendant to receive more than she would receive if the case were a cause under Chapter 7, the transfer had not been made, and such creditor received

payment of such debt to the extent provided by the provisions of Title 11 of the United States Bankruptcy Code.

## JUDGMENT

IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

1. The judgment lien arising out of the February 17, 2021 judgment entered in favor of Joelle Abramowitz in King County Superior Court Cause No. 20-2-17125-5 SEA is hereby avoided pursuant to 11 U.S.C. § 547 and preserved for the benefit of Sound Housing, LLC.

2. Claim No. 6 is hereby disallowed pursuant to 11 U.S.C. § 502 as the claim has been satisfied.

3. This is a final order. The Clerk is directed to close this adversary case.

/ / / End of Order / / /

PRESENTED BY:

/s/ Manish Borde
Manish Borde, WSBA #39503
BORDE LAW PLLC
1700 7th Ave., Suite 2100
Seattle, WA 98101
Telephone: (206) 531-2722
mborde@bordelaw.com
*Attorney for Trustee*